FILED 22 FEB '12 12:05 USDC-ORP

# IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF OREGON

### PORTLAND DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA | Case No. 3:12-cr-00084-HZ |
| v. | **INDICTMENT** |
| YAZEED MOHAMMED A. ABUNAYYAN, | 49 U.S.C. § 46504, |
| Defendant. | |

**THE GRAND JURY CHARGES:**

<u>COUNT 1</u>
(49 U.S.C. § 46504)

On or about February 21, 2012, in the District of Oregon, the defendant, YAZEED MOHAMMED A. ABUNAYYAN, on an aircraft in the special aircraft jurisdiction of the United States, namely United Airlines (also doing business as Continental Airlines) flight number 1118, which is a Boeing 737-800 aircraft bearing a Federal Aviation Administration registration number of N39297, in flight from Portland, Oregon to Houston, Texas, did knowingly interfere with the performance of the duties of a person known to the grand jury whose initials are C.C., a

**PAGE 1 - INDICTMENT**

flight attendant of the aircraft, and the duties of a person known to the grand jury whose initials are M.I., a flight crew member of the aircraft, and lessen the ability of the member or attendant to perform those duties, by intimidating the flight attendant or flight crew member, specifically by refusing to stop smoking or relinquish an electronic cigarette at the request of the member or attendant, yelling profanities and swinging his fist at the flight attendant, hitting or attempting to hit several passengers, and speaking or singing about Usama bin Laden and his hatred of women, thereby causing the flight attendant to deviate from safety protocols by unbuckling her restraints and leaving her seat during takeoff and causing the flight to alter its route and return to its origin.

All in violation of Section 46504 of Title 49 of the United States Code.

Dated this 22 day of February 2012.

A TRUE BILL.

OFFICIATING FOREPERSON

S. AMANDA MARSHALL, OSB #95347
United States Attorney
District of Oregon

Presented by:

HANNAH HORSLEY
Assistant United States Attorney
District of Oregon

**PAGE 2 - INDICTMENT**