# UNITED STATES DISTRICT COURT
## District of Oregon

United States of America,

vs.  Case No:  3:12-CR-84-HZ

Yazeed Mohammed A. Abunayyan,
                Defendant(s).

## Criminal Case Assignment Order

(a) **Presiding Judge:** The above referenced case has been filed in the US District Court for the District of Oregon and is assigned for all further proceedings to:

> **Presiding Judge.** . . . . . . . . . . . . . . . . . . . . . Hon. Marco A. Hernandez
>
> **Presiding Judge's Suffix Code*.** . . . . . . . . . . . . . . . . . . . . . . . . . . . HZ
>
> *These letters must follow the case number on all future filings.

(b) **Courtroom Deputy Clerk:** Questions about the status or scheduling of this case should be directed to Michelle Rawson at (503) 326-8051 or michelle_rawson@ord.uscourts.gov .

(c) **Criminal Docket Clerk:** Questions about CM/ECF filings or docket entries should be directed to a criminal docket clerk at (503) 326-8000.

(d) **Place of Filing:** Pursuant to LR 3-3 all conventionally filed documents must be submitted to the Clerk of Court, Room 740, Mark O. Hatfield United States Courthouse, 1000 S.W. Third Avenue, Portland, Oregon 97204. (See also LR 100-5)

(e) **District Court Website:** Information about local rules of practice, CM/ECF electronic filing requirements, and other related court information can be accessed on the court's website at www.ord.uscourts.gov.

Dated:  February 22, 2012

                                        /s/ Kathi Wright
                              **By:**  Kathi Wright, Deputy Clerk

                              **For:**  Mary L. Moran, Clerk of Court